JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FLUOR CORPORATION, et al. | Case No. 8:21-cv-01907-JLS-KES |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL (Doc. 201)** |
| RESOLUTE MANAGEMENT, INC., et al. | |
| Defendants. | |

1  The Court, having considered the Joint Stipulation of Dismissal (Doc. 201), hereby DISMISSES this action with prejudice in its entirety as to all parties and all claims for relief, with all parties to bear their own costs.

**IT IS SO ORDERED.**

Dated: July 21, 2023

By: _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE